RENEAU v. BROWN

---

(June 18, 1928.   Opinion and Decree.)

---

(*Syllabus by the Court*)

1. Louisiana Digest—Appeal—Par. 143.

No appeal lies from an unsigned judgment. A minute entry, which in the customary phraseology declares "judgment read, rendered and signed in open court, this 16th day of December, 1927" will not prevail over the original judg-

ment in the record which bears no signature.

Appeal from First City Court, Sec. "C." Hon. William V. Seeber, Judge.

Action by James T. Reneau against Mrs. Marie Brown, et als.

There was judgment for defendant and plaintiff appealed.

Appeal dismissed for want of signature to judgment.

L. Doubourg, of New Orleans, attorney for plaintiff, appellant.

John Singreen, of New Orleans, attorney for defendant, appellee.

WESTERFIELD, J. The judgment appealed from is not signed.

Appellant obtained an order from this Court, in response to which a certified copy of the minutes of court have been presented wherein appears the words (referring to the judgment in question):

"Judgment read, rendered and signed in open Court, this 16th day of December, 1927."

This minute entry is relied on to save the situation for appellant because, it is claimed, it is proof that the judgment was signed.

But the original judgment is before us. It contains the identical words we have quoted, and it bears no signature. It is evident that the minute entry is erroneous and written in the stereotyped form which assumes the signing of the judgment as a matter of course.

The appeal must be dismissed. La. Digest, Verbo Appeal, Vol. 1, page 336; Tally vs. Conservation Commission, 3 La. App. 623.